UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20822-BLOOM/Louis

WINDY LUCIUS,

    Plaintiff,

v.

RATNER COMPANIES, L.C. d/b/a
HAIR CUTTERY,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 28, 2020, Defendant filed a Suggestion of Bankruptcy, ECF No. [16], informing the Court that it has commenced a voluntary bankruptcy proceeding under Chapter 11 of the United States Bankruptcy Code. The bankruptcy filing operates to automatically stay this case. *See* 11 U.S.C. § 362(a)(1), (b); *Crawford v. LVNV Funding, LLC*, 758 F.3d 1254, 1261-62 (11th Cir. 2014); *Johnson v. K Mart Corp.*, 281 F.3d 1368, 1368 (11th Cir. 2002); *Corsello v. Lincare, Inc.*, 276 F.3d 1229, 1230 (11th Cir. 2001) ("Rotech is still a party to this lawsuit, and Corsello may prosecute his claims against Rotech when the bankruptcy court lifts the automatic stay."); *see also Ellison v. Nw. Eng'g Co.*, 707 F.2d 1310 (11th Cir. 1983).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **STAYED** and no further decision will be rendered until the Bankruptcy Court grants relief from the automatic stay or the stay lapses.

2. All pending motions are **DENIED AS MOOT**, all pending deadlines are **TERMINATED**, and all scheduled hearings are **VACATED**.

Case No. 20-cv-20822-BLOOM/Louis

3. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this action.

4. The parties are directed to reopen this case when the Bankruptcy Court grants relief from the automatic stay or the stay lapses.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 28, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record